**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jesus Antonio DIAZ-FLORES, a.k.a.
Jesus Diaz-Flores, Defendant-
Appellant.**

No. 17-10064

United States Court of Appeals,
Ninth Circuit.

Submitted January 16, 2018 *

Filed January 19, 2018

Susan Cushman, Assistant U.S. Attorney, DOJ—Office of the US Attorney, Honolulu, HI, Pamela Martin, Assistant U.S. Attorney, USLV—Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S. Attorney, USRE—Office of the US Attorney-Reno, Reno, NV, for Plaintiff-Appellee

Jesus Antonio Diaz-Flores, Pro Se

Before: REINHARDT, TROTT, and HURWITZ, Circuit Judges.

MEMORANDUM **

Jesus Antonio Diaz-Flores appeals from the district court's judgment and challenges his guilty-plea conviction and 120-month sentence for possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(i). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

Diaz-Flores's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Diaz-Flores the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Diaz-Flores waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.